IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BILL SOURINHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 3:19-cv-00179 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| RICH PRODUCTS CORPORATION, ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff, Bill Sourinho, appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's final Order granting defendant's motion for summary judgment entered on February 23, 2021.

Respectfully submitted,

/s/Stephen W. Grace
Stephen W. Grace, TN No. 14867
Delain L. Deatherage, No. 22473
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served this Notice of Appeal using the Court's CM/ECF system upon all counsel of record, including Tim K. Garrett, Esq. and Mary Leigh Pirtle, Esq., Bass, Berry & Sims, PLC, 150 Third Avenue South, Suite 2800, Nashville, TN 37201, Attorneys for Defendant, this 24th day of March, 2021.

s/Stephen W. Grace
Stephen W. Grace